UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:19-cv-62286-RAR

SEMINOLE TRIBE OF FLORIDA,

     Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION; CARDINAL HEALTH,
INC.; McKESSON CORPORATION;
TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC.;
ENDO HEALTH SOLUTIONS INC.;
ENDO PHARMACEUTICALS, INC.;
ALLERGAN FINANCE, LLC;
ACTAVIS PHARMA; ACTAVIS, LLC;
INSYS THERAPEUTICS, INC.;
MALLINCKRODT LLC, WALGREEN CO.;
CVS HEALTHCARE CORP.; CVS PHARMA;
RICHARD SACKLER; BEVERLY SACKLER;
DAVID SACKLER; ILENE SACKLER LEFCOURT;
JONATHAN SACKLER;  KATHE SACKLER;
MORTIMER D.A. SACKLER;  THERESA SACKLER; J
OHN STEWART; MARK TIMNEY; CRAIG LANDAU;
RUSSELL GASDIA; BARBARA C. MILLER;
BRIANN PARSON-BARNES; BECCA BECK HARVILLE;
LINDSEY BONIFACIO; TAMMY HEYWARD;
JAMES SPEED; DAMON STORHOFF; DIANA C. MULLER;
DRAUPADI DALEY; AMNEAL PHARMACEUTICALS, LLC;
AMNEAL PHARMACEUTICALS, INC.;
TEVA PHARMACEUTICAL INDUSTRIES, LTD.;
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. n/k/a
JANSSEN PHARMACEUTICALS, INC.,
JANSSEN PHARMACEUTICA, INC.
n/k/a JANSSEN PHARMACEUTICALS, INC.;
ABBOTT LABORATORIES;
ABBOTT LABORATORIES, INC.;
ASSERTIO THERAPEUTICS, INC.;
PAR PHARMACEUTICAL, INC.;
PAR PHARMACEUTICALS COMPANIES, INC.;

**NOTICE OF VOLUNTARY DISMISSAL AS
TO CERTAIN DEFENDANTS**

MALLINCKRODT PLC, SPECGX, LLC,
ALLERGAN PLC; ALLERGAN SALES, LLC;
ALLERGAN USA, INC.; WATSON
LABORATORIES, INC.;
ANDA, INC. H.D. SMITH, LLC
f/k/a H.D. SMITH WHOLESALE DRUG CO.;
HENRY SCHEIN, INC.;
THE KROGER CO.; KROGER LIMITED
PARTNERSHIP II; CVS HEALTH CORPORATION;
CVS PHARMACY, INC.;
CVS INDIANA, L.L.C.; WAL-MART INC.;
WAL-MART STORES EAST, LP;
NORAMCO, INC.; and
WALGREEN EASTERN CO., INC.

Defendants.

_____

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff gives notice that it is voluntarily

dismissing the following defendants from this action without prejudice:

Lindsey Bonifacio

Draupadi Daley

Becca Harville

Tammy Heyward

Barbara Miller

Diana Muller

Briann Parson-Barnes

James Speed

Plaintiff and Defendants Lindsey Bonifacio, Draupadi Daley, Becca Harville, Tammy

Heyward, Barbara Miller, Diana Muller, Briann Parson-Barnes, James Speed shall bear their own

costs and attorneys' fees.

Respectfully submitted on January 22, 2025.

By: */s/ William R. Scherer*
William R. Scherer
Florida Bar No. 169454
wscherer@conradscherer.com
eservice@conradscherer.com
ekreiling@conradscherer.com
**CONRAD & SCHERER, LLP**
614 South Federal Highway
Fort Lauderdale, FL 33301
Tel. (954) 462-5500 | Fax: (954) 463-9244
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on January 22, 2025 with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ William R. Scherer*